IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**FRANK WILSON, JR.**                                                              **PLAINTIFF**

**V.**                                                            **NO. 3:21-CV-98-DMB-RP**

**M.C. VAN KAMPEN TRUCKING, INC.,
and SHAWN CHRISTOPHER JANAK**                             **DEFENDANTS**

## ORDER

In preparation for trial set for August 29, 2022, the parties must submit proposed jury instructions to this Court[1] and opposing counsel no later than August 5, 2022. Any objections to proposed instructions must be submitted to the Court and opposing counsel no later than August 12, 2022, and any responses to objections must be submitted by August 16, 2022.

**SO ORDERED**, this 22nd day of July, 2022.

                                                                  **/s/Debra M. Brown**
                                                                  **UNITED STATES DISTRICT JUDGE**

---

[1] The submissions to the Court must comply with Local Rule 51.