**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**FRANK WILSON, JR.**      **PLAINTIFF**

**V.**      **NO. 3:21-CV-98-DMB-RP**

**M.C. VAN KAMPEN TRUCKING, INC.,**
**and SHAWN CHRISTOPHER JANAK**      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the jury verdict in favor of Frank Wilson, Jr., judgment is entered against M.C. Van Kampen Trucking, Inc., and Shawn Christopher Janak in the amount of $954,140.83.

**SO ORDERED**, this 6th day of September, 2022.

                                               **/s/Debra M. Brown**
                                               **UNITED STATES DISTRICT JUDGE**